IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GERALD A. LECHLITER,  )<br>  )<br>        Plaintiff,  )<br>  )<br>   v.  )<br>  )<br> DEPARTMENT OF THE ARMY, and  )<br> THE ACTING SECRETARY OF THE  )<br> ARMY, Honorable Francis J. Harvey  )<br>  )<br>        Defendants.  )<br>  ) | Civil Action No. 04-814-KAJ |

## ORDER

For the reasons set forth in the Memorandum Order of today's date in this matter,

IT IS HEREBY ORDERED that the Motion to Dismiss filed by the Department of the Army and the Acting Secretary of the Army is GRANTED to the extent that any claim for review of the Department's decision not to change Gerald Lechliter's retirement status from longevity to disability will be dismissed. In all other respects, the Motion is DENIED.



UNITED STATES DISTRICT JUDGE

February 27, 2006
Wilmington, Delaware