## UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

CHAMBERS OF
KENT A. JORDAN
DISTRICT JUDGE

LOCKBOX 10
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801

February 28, 2006

Mr. Gerald A. Lechliter
44 Harborview Road
Lewes, DE  19958

Leonard P. Stark, Esq.
Assistant U.S. Attorney
1007 N. Orange Street - #700
Wilmington, DE  19801

Re: Gerald A. Lechliter v. Dept. of the Army, et al.
    Civil Action No. 04-814-KAJ

Dear Mr. Lechliter and Counsel:

Please confer and jointly call my secretary within ten days of the date of this letter to schedule a telephone conference to discuss dates you recommend be adopted in the Order.

Very truly yours,

Kent A. Jordan

KAJ:cas
Enclosure
cc: Clerk of the Court