

**U.S. Department of Justice**

*United States Attorney's Office*
*District of Delaware*

---

*1007 N. Orange Street, Suite 700*         (302) 573-6277
*P.O. Box 2046*                              *FAX (302) 573-6220*
*Wilmington, Delaware 19899-2046*            *TTY (302) 573- 6274*
                                             *Toll Free (888) 293-8162*

March 31, 2006

<u>Via ECF</u>
Honorable Kent A. Jordan
J. Caleb Boggs Federal Building
844 N. King Street
Room 6325
Lockbox 10
Wilmington, DE 19801

    Re:    <u>Lechliter v. Dep't. of Army et al., Civ. A. No. 04-814-KAJ</u>

Dear Judge Jordan:

    I am writing in advance of the scheduling teleconference in the above-referenced matter, which is set for April 4 at 1:00 p.m.

    The parties have reached agreement that this action should be stayed pending the Army's review of a revised Privacy Act Amendment Request that plaintiff has agreed to provide to undersigned counsel. The scope of the parties' agreement is set forth in the attached courtesy copy of the Defendant's Unopposed Motion to Stay Proceedings and proposed form of Order.

    Accordingly, the parties do not believe the teleconference need go forward. However, of course, they remain available if the Court wishes to discuss this matter.

                                        Respectfully submitted,

                                        COLM F. CONNOLLY
                                        United States Attorney

                      BY:      /s/ Leonard P. Stark
                                        Leonard P. Stark
                                        Assistant United States Attorney

Enclosures

cc:    Gerald A. Lechliter, *pro se* (via e-mail and First-Class Mail)