IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GERALD A. LECHLITER, ) | |
|     Plaintiff. ) | |
|     v. ) | Civil Action No. 04-814-KAJ |
| DEPARTMENT OF THE ARMY, and ) | |
| THE SECRETARY OF THE ARMY, ) | |
| Honorable Francis J. Harvey ) | |
|     Defendants. ) | |

### ORDER

Based on the Defendants' Unopposed Motion for a Stay in this matter,

IT IS HEREBY ORDERED that the Unopposed Motion for a Stay in this matter filed by the Department of the Army and the Secretary of the Army is GRANTED. The Army will process plaintiff's revised Privacy Act Amendment Request (PAAR) in accordance with Army Regulation 340-21, beginning when plaintiff provides a copy of the revised PAAR to counsel for the defendant. However, defendant agrees that the General Counsel will not invoke its authority under section 2-11(h) of Regulation 340-21 to authorize an additional 30 days for review by the DA Privacy Review Board. Within 30 days after final action on plaintiff's revised PAAR, the parties will file with the Court a copy of the action taken by the Army, along with a motion setting forth their respective positions as to whether this case should be dismissed or placed on the Court's active docket. The Court retains jurisdiction over this matter during the stay, and may enter such further orders as it deems just and proper. Entry of this Order is without prejudice to any rights plaintiff may have to seek damages and/or costs.

SO ORDERED this 3rd day of April, 2006:

_____
Honorable Kent A. Jordan
United States District Court Judge