IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GERALD A. LECHLITER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| DEPARTMENT OF THE ARMY, and | ) Civil Action No. 04-814-KAJ |
| THE ACTING SECRETARY OF THE | ) |
| ARMY, Honorable Francis J. Harvey | ) |
| | ) |
| Defendants. | ) |

## ORDER

At Wilmington, this 12th day of December, 2006,

This case was stayed by the Court on April 3, 2006 (D.I. 28);

IT IS HEREBY ORDERED that the parties shall submit a status report to the Court on or before December 18, 2006.

_____
UNITED STATES DISTRICT JUDGE