Case 1:04-cv-00814-***    Document 32    Filed 04/27/2007    Page 3 of 11

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GERALD A. LECHLITER, | ) |
| Plaintiff. | ) |
| v. | ) Civil Action No. 04-814-*** |
| DEPARTMENT OF THE ARMY, and THE SECRETARY OF THE ARMY, Honorable Francis J. Harvey | ) |
| Defendants. | ) |

## ORDER

AND NOW, this 4th day of May 2007, it is hereby **ORDERED** that the above-captioned case is dismissed with prejudice. This case is now **CLOSED**.

United States District Judge